IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD VON BARGEN, et al., | |
|     Plaintiffs, | No. C 06-04744 JSW |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER OF REFERRAL TO MAGISTRATE JUDGE JAMES FOR ALL PURPOSES** |
|     Defendant. | |

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further proceedings.

**IT IS SO ORDERED.**

Dated: January 16, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom