1  SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  KATHERINE B. DOWLING (SBN 220767)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone:    (415) 436-6833
6      Facsimile:    (415) 436-6748

7  Attorneys for Defendant

8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                            SAN FRANCISCO DIVISION

11 | GERALD VON BARGEN and KHOEUN ) No. C 06-4744 MEJ
   | KHAN,                         )
12 |                               )
   |                   Plaintiffs, ) STIPULATION TO EXTEND TIME FOR
13 |                               ) EXPERT DISCOVERY AND FILING OF
   |        v.                     ) DISPOSITIVE MOTIONS; REQUEST FOR
14 |                               ) ASSIGNMENT OF SETTLEMENT
   | UNITED STATES OF AMERICA, et al., ) JUDGE [PROPOSED ORDER]
15 |                               )
   |                   Defendants. )
16

17         The following is hereby stipulated by and between the undersigned, subject to the
18 approval of the Court: the date for Defendant to provide expert reports to Plaintiff is enlarged
19 from August 6, 2007 until **September 28, 2007** and the date for filing of dipositive motions is
20 enlarged from September 27, 2007 to **November 26, 2007** to allow time for a settlement
21 conference. Parties will still designate experts on August 6, 2007 but request that the date for
22 provision of expert reports and completion of expert depositions be enlarged to September 28,
23 2007.
24         An extension is required because Defendant has not received a full set of medical records
25 for plaintiffs due to delay in receiving signed medical releases. The releases have been received
26 and these documents have been subpoenaed from the medical providers but have not yet been
27 received. Independent medical examinations have been scheduled for the plaintiffs on August
28 10, 2007 and August 24, 2007. Plaintiff will also be providing supplemental disclosures
   concerning alleged lost income.

1  In addition, parties request the assignment of a Magistrate Judge for a settlement
2  conference and an extension of the deadline for filing dispositive motions until November 26,
3  2007 in order to allow time for a settlement conference.
4  This is the first request for an extension of time. Because the trial in this matter is not
5  scheduled until March 3, 2008 this will not cause any undue delay in the trial timing.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: August 2, 2007

KATHERINE B. DOWLING
Assistant United States Attorney

Dated: August 2, 2007

CHARLES D. COCHRAN
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: August 6, 2007

HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION
C06-4744 MEJ                    2