|  |  |
|---|---|
| 1 | SCOTT N. SCHOOLS (South Carolina Bar No. 9990)<br>United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143)<br>Chief, Civil Division |
| 3 | KATHERINE B. DOWLING (SBN 220767)<br>Assistant United States Attorney |
| 4 |  |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6833 |
| 6 | Facsimile: (415) 436-6748 |
| 7 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GERALD VON BARGEN and KHOEUN KHAN, | ) ) ) | No. C 06-4744 MEJ (BZ) |
|---|---|---|
| Plaintiffs, | ) ) | STIPULATION TO EXTEND TIME FOR EXPERT DISCOVERY [PROPOSED ORDER] |
| v. | ) ) |  |
| UNITED STATES OF AMERICA, et al., | ) ) |  |
| Defendants. | ) |  |

The following is hereby stipulated by and between the undersigned, subject to the approval of the Court: the date for Defendant to provide expert reports to Plaintiff is enlarged from September 28, 2007 to **October 15, 2007**.

This is the second request to enlarge this date. An enlargement will not interfere with the Court ordered dates for dispositive motions and trial.

//
//
//
//
//
//
//
//
//

1  Additional time is needed to allow for scheduling of an IME and the length of time it is
2  taking to obtain complete medical and personnel records subpoenaed from providers.
3
4
5
6                                                        Respectfully submitted,
7                                                        SCOTT N. SCHOOLS
                                                         United States Attorney
8
9  Dated:  September 17, 2007
                                                         _____/s/_____
10                                                       KATHERINE B. DOWLING
                                                         Assistant United States Attorney
11
12
   Dated: September 18, 2007
13
                                                         _____/s/_____
                                                         CHARLES D. COCHRAN
14                                                       Attorney for Plaintiff
15
16  PURSUANT TO STIPULATION, IT IS SO ORDERED:
17
18  DATED: September 20, 2007
                                                         _____
19                                                       HONORABLE MARIA-ELENA JAMES
                                                         UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28

STIPULATION
C06-4744 MEJ                             2