```
1  SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  KATHERINE B. DOWLING (SBN 220767)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-6833
6      Facsimile:   (415) 436-6748

7  Attorneys for Defendant

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11 GERALD VON BARGEN and KHOEUN  )   No. C 06-4744 MEJ (BZ)
   KHAN,                         )
12                               )
                 Plaintiffs,     )   STIPULATION TO EXTEND DATE FOR
13                               )   SETTLEMENT CONFERENCE
           v.                    )   [PROPOSED ORDER]
14                               )
   UNITED STATES OF AMERICA, et al.,)
15                               )
                 Defendants.     )
16
```

17    The following is hereby stipulated by and between the undersigned, subject to the

18 approval of the Court: the date for a settlement conference currently calendared for **September**

19 **28, 2007** is changed to **January 3, 2008**. Parties previously requested assignment of a

20 Magistrate Judge for settlement. However, the initial assigned date from Judge Zimmerman of

21 September 28, 2007 will not provide parties sufficient time to prepare for a productive mediation

22 given that discovery will not be complete.

23

24

25                                        Respectfully submitted,

26                                        SCOTT N. SCHOOLS
                                          United States Attorney
27

28 Dated: September 17, 2007
                                          _____
                                          KATHERINE B. DOWLING
                                          Assistant United States Attorney

Dated: September 17, 2007

_____
CHARLES D. COCHRAN
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 17 Sept 07

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION
C06-4744 MEJ (BZ)                    2