SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
KATHERINE B. DOWLING (SBN 220767)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:  (415) 436-6833
Facsimile:  (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD VON BARGEN and KHOEUN KHAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. C 06-4744 MEJ (BZ)<br><br>STIPULATION TO REQUEST TELEPHONIC MEET AND CONFER AND TO ENLARGE DATES FOR FILING DISPOSITIVE MOTIONS AND FOR TRIAL AND ORDER THEREON<br><br>ORDER VACATING TRIAL DATE |

The following is hereby stipulated by and between the undersigned, subject to the approval of the Court: parties are allowed to meet and confer via telephone on either October 5, 2007 or October 9, 2007 at 11 a.m. to discuss the issue of whether the plaintiff will agree to submit to a psychiatric IME.

Defendant disclosed expert Bernard Rappaport and noticed a psychiatric IME for plaintiff Von Bargen to occur on September 27, 2007. By letter plaintiff's counsel objected to a psychiatric IME for the plaintiff Von Bargen. After additional correspondence was unsuccessful in reaching resolution, counsel for Defendant attempted to set up an in person meet and confer pursuant to this Court's standing orders to take place in a room provided by the Court. However, Plaintiff's counsel can not come to San Francisco for an in person meet and confer this week and Defendant's counsel can not go to Santa Rosa for an in person meet and confer this week. Because time is of the essence in getting this matter before the Court, and two weeks have already elapsed with possible prejudice to Defendant, parties are requesting permission to

conduct the above telephonic meet and confer in lieu of an in person meet and confer. If the meet and confer is not successful in resolving the issue, parties will file a joint discovery letter on or before **October 9, 2007** for this Court's order on the matter.

In addition, the Court has requested that parties have a settlement conference *prior* to the filing of dispositive motions. The settlement conference with Judge Zimmerman is scheduled for January 3, 2008. Therefore, parties request that the date for filing of dispositive motions be enlarged from November 26, 2007 to **January 18, 2008** with a hearing date set for February 22, 2008. The date currently set for trial is March 3, 2008, parties request that this date be enlarged one month to **April 7, 2008** in order to allow the Court time to decide the motion(s).

21

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: October 3, 2007

_____
KATHERINE B. DOWLING
Assistant United States Attorney

Dated: October 3, 2007

_____
CHARLES D. COCHRAN
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The trial date is VACATED pending the settlement conference.

DATED: October 5, 2007

HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION
C06-4744 MEJ (BZ)  2