IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD VON BARGEN, et al.,

    Plaintiff(s),

  vs.

UNITED STATES OF AMERICA, et al.,

    Defendant(s).

No. C 06-4744 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATUS LETTER**

On January 3, 2008, the parties in the above-captioned matter participated in a settlement conference, at which time they were unable to settle. Upon review of the docket, the Court notes that the dispositive motion deadline has passed, yet neither party filed a summary judgment motion. Accordingly, the Court ORDERS the parties to file a joint status letter. If either party wishes to file a summary judgment motion, the letter shall include a request to continue the deadline.

**IT IS SO ORDERED.**

Dated: January 23, 2008

MARIA-ELENA JAMES
United States Magistrate Judge