1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD VON BARGEN, et al.,                     No. C 06-4744 MEJ

               Plaintiff(s),

                                  **ORDER RE: STATUS**

  vs.

UNITED STATES OF AMERICA, et al.,

               Defendant(s).

_____/

      On February 25, 2008, the parties in the above-captioned matter filed a joint status letter.

Upon review of the letter, the Court finds it unnecessary to schedule pretrial and trial dates at this

time.  Instead, Plaintiff shall file a damages limitation motion pursuant to Civil Local Rule 7.  After

resolution of Plaintiff's motion, the parties shall participate in private mediation.  If unable to resolve

the matter through mediation, the parties shall file a joint letter requesting a status conference for the

purpose of scheduling pretrial and trial dates.

      **IT IS SO ORDERED.**

Dated: February 26, 2008                     _____

                                     MARIA-ELENA JAMES
                                     United States Magistrate Judge