IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD VON BARGEN, et al., | No. C 06-4744 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER FOR PARTIES TO FILE JOINT STATUS LETTER** |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

On February 26, 2008, the Court ordered Plaintiffs to file a damages limitation motion prior to the parties' anticipated private mediation. (Dkt. #32.) Upon review of the docket, the Court notes that no further action has taken place in this matter. Accordingly, the Court ORDERS the parties to file a joint status letter by January 28, 2009.

**IT IS SO ORDERED.**

Dated: January 12, 2009

MARIA ELENA JAMES
United States Magistrate Judge