IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD VON BARGEN, et al., | No. C 06-4744 MEJ |
| Plaintiff(s), | **ORDER VACATING HEARING RE: DOCKET #41** |
| vs. | **ORDER TO SHOW CAUSE** |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' Motion to Permit an Action which Exceeds the Total Amount of Government Claim, (Dkt #41), with a noticed hearing date of April 2, 2009. Although Defendants filed an opposition on March 12, 2009, Plaintiffs have failed to file a reply pursuant to Civil Local Rule 7. Accordingly, the Court hereby ORDERS Plaintiffs to show cause why their motion should not be denied for failure to respond to Plaintiffs' opposition. Plaintiffs shall file a declaration by April 2, 2009, and the Court shall hold a hearing on April 9, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

The April 2, 2009 hearing regarding Plaintiffs' motion to exceed the limit is VACATED..

**IT IS SO ORDERED.**

Dated: March 24, 2009

MARIA-ELENA JAMES
United States Magistrate Judge