1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954 )
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-7322
6     Facsimile: (415) 436-6748
      E-mail: michael.t.pyle@usdoj.gov
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | GERALD VON BARGEN and KHOEUN ) No. C 06-4744 MEJ
     KHAN,                          )
14 |                                )  **STIPULATION AND [PROPOSED]**
          Plaintiffs,               )  **ORDER CONTINUING HEARING ON**
                                    )  **PLAINTIFF'S MOTION TO PERMIT**
15 |   v.                           )  **AN ACTION WHICH EXCEEDS THE**
                                    )  **TOTAL AMOUNT OF GOVERNMENT**
16 | UNITED STATES OF AMERICA, et al., )  **CLAIM**
                                    )
17 |      Defendants.               )  **Judge**: Hon. Maria Elena-James
   _____  )
18                                     No trial date set.

19        IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval

20  of the Court, that the hearing on Plaintiff's motion to permit an action which exceeds the total

21  amount of government claim, which was re-set from April 2, 2009 to April 9, 2009 by the Court

22  is continued to a April 23, 2009, April 30, 2009 or such other date as the Court may select.  This

23  stipulation was agreed to by the parties because counsel for Defendants is not available on April

24  9, 2009 because he will be in South Carolina attending a course at the National Advocacy Center

25  and has a CMC in another matter scheduled on April 16, 2009 that conflicts with this Court's

26  hearing time of 10 a.m.  The undersigned would be available for a hearing on April 23, 2009 or

27  April 30, 2009.  The parties have not previously continued any dates referenced in this

28

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOT. TO PERMIT
ACTION EXCEEDING AMOUNT OF GOVERNMENT CLAIM
C 06-4744 MEJ

1    stipulation.

2

3                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
4

5    DATED: April 1, 2009      By:   _____
                                     MICHAEL T. PYLE
6                                    Assistant United States Attorney
                                     Attorneys for Defendants
7

8                                    HINTON COHRAN BORBA & BECKWITH, LLP
9

10   DATED: April 1, 2009      By:   _____
                                     CHARLES COCHRAN
11                                   JOHN BORBA
                                     Attorneys for Plaintiff
12

13   **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

14          The hearing on Plaintiff's motion to permit an action which exceeds the total amount of

15   government claim is hereby continued from April 9, 2009 to _____.

16

17          **IT IS SO ORDERED.**

18   Dated: _____        _____
                                        Hon. Maria Elena-James
19                                      United States Magistrate Judge

20   As the Court previously vacated the hearing on Plaintiffs' motion pending the
     outcome of the Order to Show Cause, (Dkt. #48), the parties' request is hereby
21   DENIED WITHOUT PREJUDICE. Upon resolution of the order to show cause,
22   the Court shall re-calendar the hearing, if necessary.

23   Dated: April 1, 2009

24

25

26                                         IT IS SO ORDERED

27

28                                      Judge Maria-Elena James

     STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING
     ACTION EXCEEDING AMOUNT OF GOVERNMENT CLAIM
     C 06-4744 MEJ                        1