IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD VON BARGEN, et al., | No. C 06-4744 MEJ |
| Plaintiff(s), | **ORDER CONTINUING HEARING RE: MOTION TO EXCEED GOVERNMENT CLAIM** |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiffs' Motion to Permit an Action which Exceeds the Total Amount of Government Claim,(Dkt #41), which is scheduled for a hearing on May 21, 2009. The Court hereby CONTINUES the hearing to June 4, 2009 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: May 4, 2009

MARIA-ELENA JAMES
United States Magistrate Judge