UNITED STATES DISTRICT COURT

Northern District of California

GERALD VON BARGEN,

            Plaintiff(s),            No. C 06-04744 MEJ

  v.

                                      **ORDER RE: CASE STATUS**

USA,

            Defendant(s).

_____/

On June 22, 2009, the Court denied Plaintiff's Motion to Permit an Action which Exceeds the Total Amount of Government Claim. (Dkt. #48.) As the parties have stated a desire to attend private mediation within 90 days of the Court's ruling, (Dkt. #36), the Court shall not schedule any further case management dates at this time. Instead, the parties shall file a joint status letter within 14 days of completion of any mediation session.

     **IT IS SO ORDERED.**

Dated: June 22, 2009

                                                _____
                                                Maria-Elena James
                                                United States Magistrate Judge