UNITED STATES DISTRICT COURT

Northern District of California

GERALD VON BARGEN,

                Plaintiff(s),           No. C 06-04744 MEJ

   v.

USA,                                    **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT**

                Defendant(s).

_____/

      On June 22, 2009, the Court denied Plaintiff's Motion to Permit an Action which Exceeds the Total Amount of Government Claim. (Dkt. #58.) At that time, the Court recognized the parties desire to attend private mediation within 90 days of the Court's ruling, (Dkt. #36), and therefore did not schedule any further case management dates at this time. (Dkt. #59.) Instead, the Court ordered the parties shall file a joint status letter within 14 days of completion of any mediation session.

      As it has been nearly seven months and the parties have not provided any update, the Court hereby ORDERS the parties to file a joint status report by February 2, 2010.

      **IT IS SO ORDERED.**

Dated: January 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge