JOSEPH P. RUSSONIELLO (CSBN 44332,
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GERALD VON BARGEN and KHOEUN KHAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | No. C 06-4744 MEJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE;** [PROPOSED] **ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own fees and costs except as set forth in the Stipulation for Compromise Settlement and Releases approved by the Court.

                  JOSEPH P. RUSSONIELLO
                  United States Attorney

DATED: July 15, 2010     By: /s/ Michael T. Pyle
                  MICHAEL T. PYLE
                  Assistant United States Attorney
                  Attorneys for Defendants

| | | |
|---|---|---|
| 1 | DATED: April 10, 2010 | By: _____<br>GERALD VON BARGEN<br>Plaintiff |
| 2 | | |
| 3 | | |
| 4 | DATED: April ___, 2010 | By: _____<br>KHOEUN KHAN<br>Plaintiff |
| 5 | | |
| 6 | | |
| 7 | | HINTON COHRAN & BORBA, LLP |
| 8 | | |
| 9 | DATED: 5/20/2010 | By: _____<br>JOHN BORBA<br>Attorneys for Plaintiff |
| 10 | | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: July 15, 2010

_____
Hon. Maria-Elena-James
United States Magistrate Judge

| | |
|---|---|
| DATED: April ___, 2010 | By: _____<br>GERALD VON BARGEN<br>Plaintiff |
| DATED: 5/4/2010 | By: _____<br>KHOEUN KHAN<br>Plaintiff |
| | HINTON COHRAN & BORBA, LLP |
| DATED: 5/20/2010 | By: _____<br>JOHN BORBA<br>Attorneys for Plaintiff |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Dated:

_____
Hon. Maria Elena-James
United States Magistrate Judge